**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1207**

ERIC E. MILLER,

                Plaintiff - Appellant,

     v.

SUPREME COURT OF VIRGINIA,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:15-cv-00744-HEH)

Submitted:  April 14, 2017                 Decided:  April 20, 2017

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eric E. Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric E. Miller appeals the district court's order dismissing his civil action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Miller v. Supreme Court of VA*, No. 3:15-cv-00744-HEH (E.D. Va. Jan. 31, 2017). We deny the motion for change of venue and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*